NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**R&R CONNER AVIATION, L.L.C., dba R&R Conner Helicopters,**
*Plaintiff-Appellant*

v.

**UNITED STATES,**
*Defendant-Appellee*

---

2025-1447

---

Appeal from the United States Court of Federal Claims in No. 1:24-cv-00039-RMM, Judge Robin M. Meriweather.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                    R&R Conner Aviation, L.L.C. v. US

(2)  Each side shall bear their own costs.

FOR THE COURT

August 5, 2025
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** August 5, 2025